**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 10-09233-SPS |
| | § | |
| PAUL MIKOLAJCZYK | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATION FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that David P. Leibowitz, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 South Dearborn Street, Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 a.m. on 11/22/2011, in Courtroom 642, United States Courthouse, 219 South Dearborn Street, Chicago, IL 60604. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 10/27/2011          By: /s/ David P. Leibowitz
                                         (Trustee)

David P. Leibowitz
420 West Clayton St
Waukegan, IL, 60085

**UST-Form 101-7-NFR (5/1/2011)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 10-09233-SPS |
| | § | |
| PAUL MIKOLAJCZYK | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

*The Final Report shows receipts of*     $2,500.23
*and approved disbursements of*     $12.30
*leaving a balance on hand of[1]:*     $2,487.93

Claims of secured creditors will be paid as follows: NONE

Total to be paid to secured creditors:     $0.00
Remaining balance:     $2,487.93

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| David P. Leibowitz, Trustee Fees | $625.06 | $0.00 | $625.06 |
| David P. Leibowitz, Trustee Expenses | $25.82 | $0.00 | $25.82 |

Total to be paid for chapter 7 administrative expenses:     $650.88
Remaining balance:     $1,837.05

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

Total to be paid to prior chapter administrative expenses:     $0.00

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of disbursement of the additional interest.

**UST-Form 101-7-NFR (5/1/2011)**

Remaining balance: $1,837.05

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $21,298.43 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1B | Department of the Treasury | $21,298.43 | $0.00 | $1,837.05 |

Total to be paid to priority claims: $1,837.05
Remaining balance: $0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $19,605.35 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1A | Department of the Treasury | $5,885.92 | $0.00 | $0.00 |
| 2 | Market Street Condominium Association | $13,194.29 | $0.00 | $0.00 |
| 3 | Nicor Gas | $107.19 | $0.00 | $0.00 |
| 4 | Premier Bankcard/ Charter | $417.95 | $0.00 | $0.00 |

Total to be paid to timely general unsecured claims: $0.00
Remaining balance: $0.00

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

**UST-Form 101-7-NFR (5/1/2011)**

Tardily filed general (unsecured) claims are as follows: NONE

Total to be paid to tardily filed general unsecured claims: $0.00
Remaining balance: $0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

Total to be paid for subordinated claims: $0.00
Remaining balance: $0.00

Prepared By: /s/ David P. Leibowitz
Trustee

David P. Leibowitz
420 West Clayton St
Waukegan, IL, 60085

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST-Form 101-7-NFR (5/1/2011)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                              Case No. 10-09233-SPS
Paul Mikolajczyk                                                    Chapter 7
       Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1           User: tmaurer              Page 1 of 1                  Date Rcvd: Oct 28, 2011
                               Form ID: pdf006            Total Noticed: 18

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 30, 2011.
```
db         +Paul Mikolajczyk,    7301 S. 86th Ave.,    Justice, IL 60458-1133
15430763   +Bruno Wolak,    7301 S 86th Ave,    Unit 1,    Justice, IL 60458-1133
15204292    Cbc/U S Dept Of Ed/Fis,     Po Box 4222,    Iowa City, IA 52244
15204296   +Chase Mtg,    10790 Rancho Berna,    San Diego, CA 92127-5705
15599868   +Department of the Treasury,     Internal Revenue Service,    P O Box 7346,
             Philadelphia, PA 19101-7346
15204297    Department of the Treasury,     Internal Revenue Service,    Cincinnati, OH 45999-0010
15204298   +Dickler, Kahn, Slowikowski & Zavell,     85 W. Algonquin Rd., Ste 420,
             Arlington Heights, IL 60005-4419
15204299   +Dp Of Educ,    401 S. State St. Room 700 F,     Chicago, IL 60605-1229
15204303   +First Premier Bank,    601 S Minnesota Ave,     Sioux Falls, SD 57104-4868
15204304   +Hsbc Bank,    Po Box 5253,    Carol Stream, IL 60197-5253
15430764   +Louis Dazzo,    400 Village Circle,    Unit 301,    Willow Springs, IL 60480-1806
15879168   +Market Street Condominium Association,     Dickler Kahn Slowikowski & Zavell, Ltd.,
             85 W. Algonquin Road, Ste 420,    Arlington Heights, IL 60005-4419
15204306    National Asset Recovery Services,     PO BOX 701,    Chesterfield, MO 63006-0701
16270649   +Premier Bankcard/ Charter,     P.O. Box 2208,    Vacaville, CA 95696-8208
15204309   +Receivables Performance Management,     20816 44th Ave W,    Lynnwood, WA 98036-7744
15204310   +The Bureaus Inc,    1717 Central St,    Evanston, IL 60201-1590
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
16212316   +E-mail/Text: bankrupn@nicor.com Oct 29 2011 00:40:40     Nicor Gas,    PO Box 549,
             Aurora IL 60507-0549
15204307   +E-mail/Text: bankrup@nicor.com Oct 29 2011 00:40:40     Nicor Gas,    1844 Ferry Road,
             Naperville, IL 60563-9600
                                                                                              TOTAL: 2
```

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
aty          Lakelaw
15204293*    Cbc/U S Dept Of Ed/Fis,    Po Box 4222,    Iowa City, IA 52244
15204294*    Cbc/U S Dept Of Ed/Fis,    Po Box 4222,    Iowa City, IA 52244
15204295*    Cbc/U S Dept Of Ed/Fis,    Po Box 4222,    Iowa City, IA 52244
15204300*   +Dp Of Educ,    401 S. State St. Room 700 F,    Chicago, IL 60605-1229
15204301*   +Dp Of Educ,    401 S. State St. Room 700 F,    Chicago, IL 60605-1229
15204302*   +Dp Of Educ,    401 S. State St. Room 700 F,    Chicago, IL 60605-1229
15204308*   +Nicor Gas,    1844 Ferry Road,    Naperville, IL 60563-9600
15204305    ##Law Offices of Mitchell N. Kay, P.C.,     PO Box 2374,    Chicago, IL 60690-2374
                                                                           TOTALS: 1, * 7, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 30, 2011**                **Signature:**    _Joseph Speetjens_