### UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re:                                          §    Case No. 10-09233-SPS
                                                §
PAUL MIKOLAJCZYK                                §
                                                §
                                                §
       Debtor(s)                               §

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT
### CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
### AND APPLICATION TO BE DISCHARGED (TDR)

David P. Leibowitz, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)        All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2)        A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $115,428.00 | Assets Exempt: | $6,428.00 |
| Total Distributions to Claimants: | $1,837.05 | Claims Discharged Without Payment: | $50,081.15 |
| Total Expenses of Administration: | $663.18 | | |

3)        Total gross receipts of $2,500.23  (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $2,500.23 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $222,526.21 | $0.00 | $0.00 | $0.00 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin Fees and Charges (from **Exhibit 4**) | NA | $663.18 | $663.18 | $663.18 |
| Prior Chapter Admin Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $16,128.00 | $42,511.97 | $21,298.43 | $1,837.05 |
| General Unsecured Claims (from **Exhibit 7**) | $11,483.42 | $32,799.64 | $19,605.35 | $0.00 |
| **Total Disbursements** | $250,137.63 | $75,974.79 | $41,566.96 | $2,500.23 |

4). This case was originally filed under chapter 7 on 03/05/2010. The case was pending for 23 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 02/10/2012          By:   /s/ David P. Leibowitz
                                                    Trustee

STATEMENT:  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (5/1/2011)**

**EXHIBITS TO**
**FINAL ACCOUNT**

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN.CODE | AMOUNT RECEIVED |
|---|---|---|
| 1996 Volvo Diesel Truck Located: Arlington McCook Corporation Truck Spot | 1129-000 | $2,500.00 |
| Interest Earned | 1270-000 | $0.23 |
| **TOTAL GROSS RECEIPTS** | | $2,500.23 |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chase Mtg | 4110-000 | $213,548.00 | NA | $0.00 | $0.00 |
| | Dickler, Kahn, Slowikowski & Zavell | 4110-000 | $8,978.21 | NA | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | $222,526.21 | $0.00 | $0.00 | $0.00 |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN.CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| David P. Leibowitz, Trustee | 2100-000 | NA | $625.06 | $625.06 | $625.06 |
| David P. Leibowitz, Trustee | 2200-000 | NA | $25.82 | $25.82 | $25.82 |
| Green Bank | 2600-000 | NA | $12.30 | $12.30 | $12.30 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $663.18 | $663.18 | $663.18 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1a | Department of the Treasury | 5800-000 | $16,128.00 | $21,213.54 | $0.00 | $0.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1B | Department of the Treasury | 5800-000 | NA | $21,298.43 | $21,298.43 | $1,837.05 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $16,128.00 | $42,511.97 | $21,298.43 | $1,837.05 |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Department of the Treasury | 7100-000 | NA | $0.00 | $0.00 | $0.00 |
| 1A | Department of the Treasury | 7100-000 | NA | $5,885.92 | $5,885.92 | $0.00 |
| 2 | Market Street Condominium Association | 7100-000 | NA | $13,194.29 | $13,194.29 | $0.00 |
| 3 | Nicor Gas | 7100-000 | $52.00 | $107.19 | $107.19 | $0.00 |
| 4 | Premier Bankcard/ Charter | 7100-900 | $417.00 | $417.95 | $417.95 | $0.00 |
| 5 | Market Street Condominium Association | 7100-000 | NA | $13,194.29 | $0.00 | $0.00 |
| | Cbc/U S Dept Of Ed/Fis | 7100-000 | $0.00 | NA | NA | $0.00 |
| | Cbc/U S Dept Of Ed/Fis | 7100-000 | $0.00 | NA | NA | $0.00 |
| | Cbc/U S Dept Of Ed/Fis | 7100-000 | $0.00 | NA | NA | $0.00 |
| | Cbc/U S Dept Of Ed/Fis | 7100-000 | $0.00 | NA | NA | $0.00 |
| | Dp Of Educ | 7100-000 | $0.00 | NA | NA | $0.00 |
| | Dp Of Educ | 7100-000 | $0.00 | NA | NA | $0.00 |
| | Dp Of Educ | 7100-000 | $0.00 | NA | NA | $0.00 |
| | Dp Of Educ | 7100-000 | $0.00 | NA | NA | $0.00 |
| | Hsbc Bank | 7100-000 | $0.00 | NA | NA | $0.00 |
| | Law Offices of Mitchell N. Kay, P.C | 7100-000 | $303.42 | NA | NA | $0.00 |
| | Maria Mikolajczyk | 7100-000 | $9,700.00 | NA | NA | $0.00 |
| | Nicor Gas | 7100-000 | $48.00 | NA | NA | $0.00 |
| | The Bureaus Inc | 7100-000 | $963.00 | NA | NA | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $11,483.42 | $32,799.64 | $19,605.35 | $0.00 |

# FORM 1

## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

| Case No.: | 10-09233-SPS | | Trustee Name: | David Leibowitz |
|---|---|---|---|---|
| Case Name: | MIKOLAJCZYK, PAUL | | Date Filed (f) or Converted (c): | 03/05/2010 (f) |
| For the Period Ending: | 2/10/2012 | | §341(a) Meeting Date: | 04/21/2010 |
| | | | Claims Bar Date: | 07/23/2010 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. DA=§ 554(c) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |
| Ref. # | | | | | | |
| 1 | Condominium located at 400 Village Circle, Unit 301, Willow Springs, IL 60480 | $106,500.00 | $0.00 | DA | $0.00 | FA |
| 2 | Archer Bank Checking Account# 302158310 Chicago, IL | $3.00 | $0.00 | DA | $0.00 | FA |
| 3 | All items at replacement value: sofa, recliner, end tables, kitchen table, bed and bedding, minor kitchen appliances (coffee maker, blender, mixer, toaster), kitchenware, Sony TV, DVD Player, Laptop computer Location: 7301 S. 86th Ave., Justice, IL 60458 | $2,000.00 | $0.00 | DA | $0.00 | FA |
| 4 | Normal clothing at used clothing store prices located at 7301 S. 86th Ave., Justice, IL 60458 | $300.00 | $0.00 | DA | $0.00 | FA |
| 5 | 1999 Pontiac Grand AM Coupe Location: 7301 S. 86th Ave., Justice, IL 60458 | $625.00 | $0.00 | DA | $0.00 | FA |
| 6 | 1996 Volvo Diesel Truck Located: Arlington McCook Corporation Truck Spot | $6,000.00 | $2,500.00 | DA | $2,500.00 | FA |
| INT | Interest Earned (u) | Unknown | Unknown | DA | $0.23 | Unknown |

| | | 1 | 2 | | | 5 | 6 |
|---|---|---|---|---|---|---|---|
| TOTALS (Excluding unknown value) | | | | | Gross Value of Remaining Assets | | |
| | | $115,428.00 | $2,500.00 | | | $2,500.23 | $0.00 |

**Major Activities affecting case closing:**

Debtor to pay be paying $500/month for equity in car.

Review Proof of claims in preparation of TFR.

TFR Completed for Trustee's review.

Distribution made on 11/23/2011. TDR to be completed.

| Initial Projected Date Of Final Report (TFR): | 10/28/2011 | /s/ DAVID LEIBOWITZ |
|---|---|---|
| Current Projected Date Of Final Report (TFR): | 12/31/2011 | DAVID LEIBOWITZ |

| Case No. | 10-09233-SPS | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | MIKOLAJCZYK, PAUL | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | ******2082 | Checking Acct #: | ******3301 |
| Co-Debtor Taxpayer ID #: | | Account Title: | DDA |
| For Period Beginning: | 3/5/2010 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 2/10/2012 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 06/29/2011 | | Sterling Bank | Transfer Funds | 9999-000 | $2,000.23 | | $2,000.23 |
| 07/01/2011 | (6) | Sylwia D. Mikolajczyk/ Paul Mikolajczyk | | 1129-000 | $500.00 | | $2,500.23 |
| 07/05/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $0.62 | $2,499.61 |
| 07/29/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $3.51 | $2,496.10 |
| 08/31/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $4.02 | $2,492.08 |
| 09/30/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $4.15 | $2,487.93 |
| 10/31/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $4.15 | $2,484.18 |
| 11/01/2011 | | Green Bank | Reverse Bank Service Fee | 2600-000 | | ($3.75) | $2,487.93 |
| 11/23/2011 | 5001 | David P. Leibowitz | Trustee Expenses | 2200-000 | | $25.82 | $2,462.11 |
| 11/23/2011 | 5002 | David P. Leibowitz | Trustee Compensation | 2100-000 | | $625.06 | $1,837.05 |
| 11/23/2011 | 5003 | Department of the Treasury | Claim #: 1; Amount Claimed: 21,298.43; Amount Allowed: 21,298.43; Distribution Dividend: 8.63; | 5800-000 | | $1,837.05 | $0.00 |

|  |  | TOTALS: | $2,500.23 | $2,500.23 | $0.00 |
|---|---|---|---|---|---|
| | | Less: Bank transfers/CDs | $2,000.23 | $0.00 | |
| | | Subtotal | $500.00 | $2,500.23 | |
| | | Less: Payments to debtors | $0.00 | $0.00 | |
| | | Net | $500.00 | $2,500.23 | |

| For the period of 3/5/2010 to 2/10/2012 | | For the entire history of the account between 06/29/2011 to 2/10/2012 | |
|---|---|---|---|
| Total Compensable Receipts: | $500.00 | Total Compensable Receipts: | $500.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $500.00 | Total Comp/Non Comp Receipts: | $500.00 |
| Total Internal/Transfer Receipts: | $2,000.23 | Total Internal/Transfer Receipts: | $2,000.23 |
| | | | |
| Total Compensable Disbursements: | $2,500.23 | Total Compensable Disbursements: | $2,500.23 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $2,500.23 | Total Comp/Non Comp Disbursements: | $2,500.23 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9
Document   Page 7 of 8

| Case No. | 10-09233-SPS | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | MIKOLAJCZYK, PAUL | Bank Name: | Sterling Bank |
| Primary Taxpayer ID #: | ******2082 | Money Market Acct #: | ******9233 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 3/5/2010 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 2/10/2012 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 02/15/2011 | (6) | Sylwia D. Mikolajczyk & Paul Mikolajczyk | First Payment | 1129-000 | $500.00 | | $500.00 |
| 02/28/2011 | (INT) | Sterling Bank | Interest Earned For February | 1270-000 | $0.01 | | $500.01 |
| 03/10/2011 | (6) | Sylwia D. Mikolajczyk & Paul Mikolajczyk | | 1129-000 | $500.00 | | $1,000.01 |
| 03/31/2011 | (INT) | Sterling Bank | Interest Earned For March | 1270-000 | $0.03 | | $1,000.04 |
| 04/19/2011 | (6) | Sylwia D. Mikolajczyk & Paul Mikolajczyk | | 1129-000 | $500.00 | | $1,500.04 |
| 04/29/2011 | (INT) | Sterling Bank | Interest Earned For April | 1270-000 | $0.04 | | $1,500.08 |
| 05/20/2011 | (6) | Sylwia D. Mikolajczyk & Paul Mikolajczyk | | 1129-000 | $500.00 | | $2,000.08 |
| 05/31/2011 | (INT) | Sterling Bank | Interest Earned For May | 1270-000 | $0.07 | | $2,000.15 |
| 06/29/2011 | (INT) | Sterling Bank | Interest Earned For June 2011 | 1270-000 | $0.08 | | $2,000.23 |
| 06/29/2011 | | Green Bank | Transfer Funds | 9999-000 | | $2,000.23 | $0.00 |
| | | | TOTALS: | | $2,000.23 | $2,000.23 | $0.00 |
| | | | Less: Bank transfers/CDs | | $0.00 | $2,000.23 | |
| | | | Subtotal | | $2,000.23 | $0.00 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $2,000.23 | $0.00 | |

| For the period of 3/5/2010 to 2/10/2012 | | For the entire history of the account between 02/15/2011 to 2/10/2012 | |
|---|---|---|---|
| Total Compensable Receipts: | $2,000.23 | Total Compensable Receipts: | $2,000.23 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $2,000.23 | Total Comp/Non Comp Receipts: | $2,000.23 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $0.00 | Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 | Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $2,000.23 | Total Internal/Transfer Disbursements: | $2,000.23 |

Case 10-09233   Doc 77   Filed 04/13/12   Entered 04/13/12 12:57:23   Desc Main

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Document    Page 8 of 8

Exhibit 9

| Case No. | 10-09233-SPS | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | MIKOLAJCZYK, PAUL | Bank Name: | Sterling Bank |
| Primary Taxpayer ID #: | ******2082 | Money Market Acct #: | ******9233 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 3/5/2010 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 2/10/2012 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
| | | $2,500.23 | $2,500.23 | $0.00 |

**For the period of 3/5/2010 to 2/10/2012**

| | |
|---|---|
| Total Compensable Receipts: | $2,500.23 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $2,500.23 |
| Total Internal/Transfer Receipts: | $2,000.23 |
| | |
| Total Compensable Disbursements: | $2,500.23 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $2,500.23 |
| Total Internal/Transfer Disbursements: | $2,000.23 |

**For the entire history of the case between  03/05/2010 to 2/10/2012**

| | |
|---|---|
| Total Compensable Receipts: | $2,500.23 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $2,500.23 |
| Total Internal/Transfer Receipts: | $2,000.23 |
| | |
| Total Compensable Disbursements: | $2,500.23 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $2,500.23 |
| Total Internal/Transfer Disbursements: | $2,000.23 |

/s/ DAVID LEIBOWITZ

DAVID LEIBOWITZ